UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 06 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Kirk Schultz, )
 )
     Plaintiff, )
 )
v. )   Civil Action No. 18-184 (UNA)
 )
Health and Human Services *et al.*, )
 )
     Defendants. )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. # 2] is GRANTED, and this case is DISMISSED without prejudice.

This is a final appealable Order.

                                                /s/
                                        United States District Judge

Date: April 6, 2018